UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MANUEL RODERICK,<br><br>Defendant | Criminal No. 22cr10015<br><br>Violation:<br><br>Count One: Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))<br><br>Forfeiture Allegation:<br>(21 U.S.C. § 853) |

INDICTMENT

COUNT ONE
Possession with Intent to Distribute
40 Grams or More of Fentanyl
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi))

The Grand Jury charges:

On or about March 19, 2021, in Lawrence, in the District of Massachusetts, the defendant,

MANUEL RODERICK,

did knowingly and intentionally possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi).

Before the defendant, Manuel Roderick, committed the offense charged in this count, the defendant was convicted of Hobbs Act robbery, in violation of 18 U.S.C. § 1951 and using or carrying a firearm during or in relation to a crime of violence, in violation of 18 U.S.C. § 924(c) (*see United States v. Manuel Roderick, 01-cr-3, D. Maine*), a serious violent felony, for which he served more than 12 months of imprisonment and for which he was released from serving any

1

term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.  Upon conviction of the offense in violation of Title 21, United States Code, Section 841, set forth in Count One, the defendant,

MANUEL RODERICK,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2.  If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

[signature]
FOREPERSON

[signature]
PHILIP C. CHENG
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January __19__, 2022
Returned into the District Court by the Grand Jurors and filed.

/s/ Dawn M. King    1/19/22 12:30pm
DEPUTY CLERK